# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DIEGO BETANCOURT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES HARTLEY,<br><br>　　　　Respondent. | 1:09-CV-1140 AWI JMD (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OF HABEAS PETITION |

　　Pending before the Court is Gabriel Diego Betancourt's (hereinafter "Petitioner") motion to voluntarily dismiss his 28 U.S.C. § 2254 petition for writ of habeas corpus. See Doc. No. 21. Because Respondent filed an answer on January 14, 2011, the Court ordered Respondent to file either an opposition or a statement of non-opposition to Petitioner's Rule 41(a) motion. On January 20, 2011, Respondent filed a statement of non-opposition to Petitioner's Rule 41(a) motion. See Doc. No. 23. In light of Respondent's statement of non-opposition, the Court will grant Petitioner's Rule 41(a) request.

　　Therefore, IT IS HEREBY ORDERED that Petitioner's Rule 41(a) request is GRANTED and the Clerk of the Court is ordered to close this case in light of Petitioner's Rule 41(a) motion.

IT IS SO ORDERED.

Dated:　　January 25, 2011　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE